COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number:             01-13-00333-CV

Style:                       James Fonteneaux, Sr.

                             **v** Normala Goff, Individually and as Heir to the Estate of John Goff

Date motion filed[*]:      July 1, 2013

Type of motion:         Motion for extension of time to file reporter's record

Party filing motion:     Court reporter

Document to be filed:   Reporter's record

Is appeal accelerated?    No

If motion to extend time:
      Original due date:            May 28, 2013
      Number of previous extensions granted:    0        Current Due date:  May 28, 2013
      Date Requested:          July 31, 2013

Ordered that motion is:

     ☑     Granted

           If document is to be filed, document due:  July 31, 2013

           ☐     The Court will not grant additional motions to extend time

     ☐     Denied

     ☐     Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐     Other: _____

    **The court reporter has filed an information sheet informing the court that appellant paid the fee for preparation of the reporter's record on July 1, 2013 and requesting an extension of time to file the record until July 31, 2013.  We grant the motion and order the court reporter to file the reporter's record no later than July 31, 2013.  *See* TEX. R. APP. P. 35.3(b)(3).**

Judge's signature:   /s/ Jane Bland
                         X Acting individually    ☐ Acting for the Court

Panel consists of   _____

Date:  July 19, 2013